FILED
03/03/2021
Shirley Faust
CLERK
Missoula County District Court
STATE OF MONTANA
By: Ruth Winzel
DV-32-2021-0000200-WS
Marks, Jason
1.00

Torrance L. Coburn
TIPP COBURN & ASSOCIATES PC
2200 Brooks Street
Missoula, MT 59801
ph:(406) 549-5186
torrance@tcsattorneys.com
nicole@tcsattorneys.com

Attorney for Plaintiff

## MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| MICHAEL RYAN, | Case No.: _____ |
| | Dept. No.: _____ |
| Plaintiff, | |
| vs. | **COMPLAINT and** |
| | **DEMAND FOR JURY TRIAL** |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

COMES NOW the Plaintiff, Michael Ryan, by and through his attorney Torrance L. Coburn of TIPP COBURN & ASSOCIATES PC, and for his Complaint against the Defendant, states and alleges as follows:

1. Plaintiff is an individual who resides in Missoula County, Montana.

2. Defendant United Parcel Service, Inc. is an Ohio corporation with its principal office address located at 55 Glenlake Parkway NE, Atlanta GA 30328. The Defendant has conducted and currently conducts business in Montana, and is authorized to do the same. The registered agent for the Defendant is Corporation Service Company, at 26 W. Sixth Avenue, Helena, Montana 59624-1691.

3. Venue and jurisdiction are proper in this Court.

4. The Plaintiff began his employment with the Defendant on or around October 2007.

5. The Defendant terminated the Plaintiff's employment on or around August 18, 2020.

6. The Plaintiff's position at the time of his termination by the Defendant was Local Sort Supervisor. At the time of his termination by the Defendant, the Plaintiff earned $19.61 per hour.

7. Prior to his termination the Plaintiff completed the Defendant's probationary period of employment.

8. During the course of the Plaintiff's employment with the Defendant, the Plaintiff adequately and satisfactorily performed the duties of his position as Local Sort Supervisor.

9. In performing the duties of his employment, the Plaintiff was not a disruption to the operation of the Defendant's business.

10. No legitimate business reason existed to terminate the Plaintiff's employment.

11. The termination of the Plaintiff's employment by the Defendant was without good cause.

12. The Defendant's termination of the Plaintiff's employment constitutes wrongful discharge as contemplated and defined by Montana Code Annotated § 39-2-901, et seq.

13. Due to the Defendant's wrongful termination of the Plaintiff, the Plaintiff is entitled to recover from the Defendant all damages as allowed by law, which include lost wages and lost fringe benefits, in an amount to be determined at trial.

WHEREFORE, the Plaintiff prays for relief as follows:

A. For judgment against the Defendant in the amount of the Plaintiff's actual, general and special damages;

B. For Plaintiff's costs incurred in this action; and

C. For such other and further relief as this Court deems just, equitable and allowable under the laws of the State of Montana.

DATED this 3rd day of March, 2021.

TIPP COBURN & ASSOCIATES PC

*/s/ Torrance L. Coburn*
Torrance L. Coburn
2200 Brooks Street
P.O. Box 3778
Missoula, MT 59806-3778
*Attorneys for Plaintiff*

//

//

## **DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, by and through his attorneys TIPP COBURN & ASSOCIATES PC, and demand a jury trial on all issues of fact in the above case.

DATED this 3rd day of March, 2021.

                TIPP COBURN & ASSOCIATES PC

                */s/ Torrance L. Coburn*
                Torrance L. Coburn
                2200 Brooks Street
                P.O. Box 3778
                Missoula, MT 59806-3778
                *Attorneys for Plaintiff*

Torrance L. Coburn
TIPP COBURN & ASSOCIATES PC
Attorneys at Law
2200 Brooks Street
Missoula, MT 59801
ph:(406) 549-5186
fx:(406) 721-1892
torrance@tcsattorneys.com
nicole@tcsattorneys.com

 Attorney for Plaintiff

MONTANA FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY

| | |
|---|---|
| MICHAEL RYAN,<br><br>       Plaintiff,<br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>       Defendant. | Case No.: DV-21-200<br>Dept. No.: 4<br><br>**ACKNOWLEDGMENT AND WAIVER OF SERVICE OF A SUMMONS** |

TO: Torrance L. Coburn of TIPP COBURN & ASSOCIATES PC, 2200 Brooks Street, P.O. Box 3778, Missoula, MT 59806-3778.

 I have received your request to acknowledge and waive service of a summons in this action along with a copy of the Complaint, two copies of this acknowledgement and waiver form, and a prepaid means of returning one signed copy of the form to you.

 I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

 I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

 I also understand that I, or the entity I represent, must file and serve an answer or a motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign

this acknowledgement and waiver form (or 42 days if I am signing on behalf of the State of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Dated this _____ day of _____, 2021.

_____
Printed Name:_____

_____
Relationship to Entity



Torrance L. Coburn
TIPP COBURN & ASSOCIATES PC
Attorneys at Law
2200 Brooks Street
Missoula, MT 59801
ph:(406) 549-5186
fx:(406) 721-1892
torrance@tcsattorneys.com
nicole@tcsattorneys.com

Attorney for Plaintiff

## MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| MICHAEL RYAN,<br><br>  Plaintiff,<br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>  Defendant. | Case No.: DV-21-200<br>Dept. No.: 4<br><br>**ACKNOWLEDGMENT AND WAIVER OF SERVICE OF A SUMMONS** |

TO: Torrance L. Coburn of TIPP COBURN & ASSOCIATES PC, 2200 Brooks Street, P.O. Box 3778, Missoula, MT 59806-3778.

I have received your request to acknowledge and waive service of a summons in this action along with a copy of the Complaint, two copies of this acknowledgement and waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign

this acknowledgement and waiver form (or 42 days if I am signing on behalf of the State of Montana, a state agency, or a state officer or employee).

    If I fail to do so, a default judgment will be entered against me or the entity I represent.

    Dated this _____ day of _____, 2021.

Printed Name:_____

Relationship to Entity



Tipp
Coburn
& Associates pc

2200 Brooks Street
Missoula, MT 59801



MISSOULA MT
04 MAR 2021 PM

United Parcel Service, Inc.
Corporation Service Company
26 W. Sixth Avenue
Helena, MT 59624

5960185035