Torrance L. Coburn
TIPP COBURN & ASSOCIATES PC
2200 Brooks Street
P.O. Box 3778
Missoula, MT  59806-3778
Telephone: 406.549.5186
torrance@tcsattorneys.com

   *Attorney for Plaintiff*

Michelle L. Gomez (Bar No. 41661037)
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.362.2888
mgomez@littler.com

Michael Wilson (Bar No. 42333131)
1301 McKinney Street, Suite 1900
Houston, TX 77010-3031
Telephone: 713.951.9212
MiWilson@littler.com

   *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL RYAN,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>                Defendant. | CV 21-71-M-DWM<br><br>**STATEMENT OF STIPULATED FACTS** |

Pursuant to L.R.16.2(b)(3), the parties, through counsel, have consulted and stipulate to the following facts.

1. Plaintiff Michael Ryan is a resident of Missoula County, Montana.

2. Defendant United Parcel Service, Inc. ("United Parcel Service") is an Ohio corporation with its principal office address located at 55 Glenlake Parkway NE, Atlanta GA 30328.  The Defendant has conducted and currently conducts business in Montana and is authorized to do the same. The registered agent for the Defendant is Corporation Service Company, at 26 W. Sixth Avenue, Helena, Montana 59624-1691.

3. Venue and jurisdiction are proper in this Court.

4. Michael Ryan began his employment with United Parcel Service in October 2007.

5. At the time his employment with United Parcel Service ended, he worked at United Parcel Service's center in Missoula, Montana.

6. United Parcel Service terminated Michael Ryan's employment on August 18, 2020.

7. Michael Ryan's position at the time of his termination by United Parcel Service was Part Time Local Sort Supervisor.

8. At the time of his termination by United Parcel Service, Michael Ryan earned $19.61 per hour (regular pay).

9. Prior to his termination by United Parcel Service, Michael Ryan had completed United Parcel Service's probationary period of employment.

DATED this 14th day of July, 2021.

        TIPP COBURN & ASSOCIATES PC

        By: /s/ Torrance L. Coburn
        Torrance L. Coburn
        2200 Brooks Street
        P.O. Box 3778
        Missoula, MT 59806-3778
        *Attorney for the Plaintiff*

DATED this 14th day of July, 2021.

        LITTLER MENDELSON, P.C.

        By: /s/ Michelle L. Gomez
        Michelle L. Gomez
        1900 Sixteenth Street, Suite 800
        Denver, CO 80202-5835

        LITTLER MENDELSON, P.C.

        By: /s/ Michael Wilson
        Michael Wilson
        1301 McKinney Street, Suite 1900
        Houston, TX 77010-3031
        *Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of July, 2021, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u>  CM/ECF

1. Michelle L. Gomez
   LITTLER MENDELSON, P.C

2. Michael Wilson
   LITTLER MENDELSON, P.C

By: */s/ Torrance L. Coburn*

4839-3689-9058.1 / 110830-1012